FILED

NOV 3 0 2012


CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*************************************************************

| | | |
|---|---|---|
| DOMACH REATH, | * | CIV. 12-4053 |
| Plaintiff, | * | **ORDER** |
| vs. | * | |
| DOUGLAS WEBER, Warden, Department of Corrections, JENNIFER WAGNER, JESSICA COOK, AUTHER ALCOCK, AL MADSEN ASSIATED WARDENS, MOST CORRECTIONAL OFFICERS, PONTO | * | |
| Defendants. | * | |

*************************************************************

| | | |
|---|---|---|
| DOMACH REATH | * | CIV. 12-4059 |
| Plaintiff, | * | |
| vs. | * | |
| DOUGLAS WEBER, Warden, TROY ELISE, Coordinator, BENTIN, Captain, Senior Officer, PONTO, Associate Warden, UNITED STATES OF AMERICA, ALL ASSOCIATE WARDENS, MOST CORRECTIONAL OFFICERS, | * | |
| Defendants. | * | |

*************************************************************

Plaintiff brings these prisoner civil rights actions pursuant to 42 U.S.C. § 1983. The Magistrate Judge issued a Report and Recommendation recommending that the Complaints be dismissed as frivolous and for failure to exhaust administrative remedies. Plaintiff filed no objections to the Report and Recommendation. After a review of the file, the Court agrees with the Magistrate Judge.

Accordingly,

IT IS ORDERED that:

1. The Report and Recommendation (Doc. 7) is ADOPTED.

2. Plaintiff's complaints are dismissed, without prejudice, as frivolous and for failure to exhaust administrative remedies.

3. Plaintiff remains responsible for payment of the balance of the $350.00 filing fee.

Dated this 30th day of November, 2012.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By:_____, Deputy
(SEAL)