UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
NOV 30 2012
CLERK

```
******************************************************
                                    *
DOMACH REATH,                       *    CIV. 12-4053
                                    *
        Plaintiff,                  *    JUDGMENT
                                    *
vs.                                 *
                                    *
DOUGLAS WEBER, Warden, Department of *
Corrections, JENNIFER WAGNER, JESSICA*
COOK, AUTHER ALCOCK, AL MADSEN      *
ASSIATED WARDENS, MOST              *
CORRECTIONAL OFFICERS, PONTO        *
                                    *
        Defendants.                 *
                                    *
******************************************************
                                    *
DOMACH REATH                        *    CIV. 12-4059
                                    *
        Plaintiff,                  *
                                    *
vs.                                 *
                                    *
DOUGLAS WEBER, Warden, TROY ELISE,  *
Coordinator, BENTIN, Captain, Senior Officer, *
PONTO, Associate Warden, UNITED STATES *
OF AMERICA, ALL ASSOCIATE WARDENS,  *
MOST CORRECTIONAL OFFICERS,         *
                                    *
        Defendants.                 *
                                    *
******************************************************
```

The Court having entered its Order dismissing Plaintiff's Complaints, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaints are dismissed, without prejudice, as frivolous and for failure to exhaust administrative remedies pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A(b)(1).

Dated this 30th day of November, 2012.

BY THE COURT:


Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: _____, Deputy

(SEAL)